■ MARY E. DOWNES, Respondent, v ELI ARAN et al., Appellants. [646 NYS2d 479] —Judgment unanimously affirmed with costs. Memorandum: Plaintiffs' motions for summary judgment in lieu of complaint (*see*, CPLR 3213) were properly granted. It is undisputed that defendants executed unconditional personal guarantees of payment for loans made by plaintiffs to World Holding, Inc., and that defendants failed to make payment upon the corporation's default. In opposition to plaintiffs' motions, defendants failed to raise a genuine issue of material fact requiring a trial on their defense of fraud in the inducement. The fraudulent misrepresentations alleged by defendants were not made by plaintiffs and defendants have produced no evidence that plaintiffs participated in the alleged fraud (*see, Key Bank v Ryan*, 132 AD2d 220, 223; *Sterling Natl. Bank & Trust Co. v I. S. A. Merchandising Corp.*, 91 AD2d 571, 572; *Union Natl. Bank v Schurm*, 87 AD2d 682, 683). (Appeal from Judgment of Supreme Court, Queens County, Milano, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.

■ DENISE KAY, Appellant, v JOHN A. KAY, Respondent. [646 NYS2d 461] —Order unanimously affirmed without costs. Memorandum: The decision regarding an award of expert and counsel fees pendente lite is within the sound discretion of Special Term (*see, Ahern v Ahern*, 94 AD2d 53, 58). "Under the circumstances of this case, the best remedy for the perceived inequities in the pendente lite award is a speedy trial at which the disputed issues as to the financial capacity and circumstances of the parties can be fully explored" (*Goldstein v Shapiro*, 208 AD2d 676; *see, Green v Green*, 216 AD2d 353; *Frankel v Frankel*, 150 AD2d 520). Upon our review of the record, we conclude that Supreme Court did not abuse its discretion in directing that the determination regarding an award to plaintiff of expert and counsel fees be referred to the trial court (*see, Marohn v Marohn*, 157 AD2d 771). (Appeal from Order of Supreme Court, Suffolk County, Berler, J.—Counsel Fees.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.